UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-06-005-FVS |
| Plaintiff, ) | |
| ) | ORDER GRANTING UNOPPOSED |
| v. ) | MOTION TO MODIFY |
| ) | |
| VICENTE LOZANO, ) | |
| ) | |
| Defendant. ) | |

BEFORE THE COURT is Defendant's unopposed Motion to modify (Ct. Rec. 43).

**IT IS ORDERED** the Defendant's Motion **(Ct. Rec. 43)** is **GRANTED.** The Order Setting Conditions of Release entered on January 18, 2006, shall be temporarily modified to allow the Defendant to travel to Los Angeles, California, to attend his niece's quinceanera from July 27, 2006, to August 2, 2006.  All other release conditions shall remain in effect.

DATED July 21, 2006.


                          S/ CYNTHIA IMBROGNO
                     UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY - 1